# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

      v.

ROLAND BROWN,

    Petitioner

:   No. 495 EAL 2021
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

      v.

ROLAND BROWN,

    Petitioner

:   No. 496 EAL 2021
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

      v.

ROLAND BROWN,

    Petitioner

:   No. 497 EAL 2021
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

      v.

:   No. 498 EAL 2021
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 499 EAL 2021

        Respondent

        Petition for Allowance of Appeal
        from the Order of the Superior Court

        v.

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 500 EAL 2021

        Respondent

        Petition for Allowance of Appeal
        from the Order of the Superior Court

        v.

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 501 EAL 2021

        Respondent

        Petition for Allowance of Appeal
        from the Order of the Superior Court

        v.

ROLAND BROWN,

        Petitioner

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.